IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| David & Linda Schober | No.   04-33819 |
| Debtors | Hon. Susan Pierson Sonderby |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL
### MORTGAGE CURE AMOUNT UNDER PARAGRPHS B(2)(b) OF PLAN

    Select Portfolio Servicing, Inc. (servicing agent), through its attorneys, Kluever & Platt, LLC., responds to that certain NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT UNDER PARAGRAPH  B(2)(b) OF PLAN docketed August 6, 2007 and states that the following post-petition default and/or shortages exist:

    1.  According to the records of Select Portfolio Servicing, Inc. there is a post-petition default of 1 month in the amount of $1,318.86 and disbursements for real estate taxes over the term of the plan totaling $6,082.64 have been made for a total shortage/default of $7,401.60

    /s/Robert W. Greene
    Robert W. Greene

Robert W. Greene - ARDC # 6189217
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**THIS IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**