UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33819
    DAVID A SCHOBER
    LINDA K SCHOBER                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-6103    SSN XXX-XX-0245

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/13/2004 and was confirmed 12/09/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/08/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO | NOTICE ONLY | NOT FILED | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 16500.00 | .00 | 16500.00 |
| *SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| ASSOCIATED CARDIOCASCULA | UNSECURED | NOT FILED | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | .00 | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PALOS EMERGENCY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| PHILIP COLLINS & HOWARD | UNSECURED | NOT FILED | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 254.08 | .00 | 254.08 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 116.32 | .00 | 116.32 |
| *SCHOTTLER & ZUKOSKY | DEBTOR ATTY | 2,000.00 | | 2,000.00 |
| TOM VAUGHN | TRUSTEE | | | 1,115.41 |
| DEBTOR REFUND | REFUND | | | 1,868.92 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 21,854.73 | |
| PRIORITY | | 254.08 |
| SECURED | | 16,500.00 |
| UNSECURED | | 116.32 |
| ADMINISTRATIVE | | 2,000.00 |
| TRUSTEE COMPENSATION | | 1,115.41 |
| DEBTOR REFUND | | 1,868.92 |
| TOTALS | 21,854.73 | 21,854.73 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 33819 DAVID A SCHOBER & LINDA K SCHOBER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/17/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 33819 DAVID A SCHOBER & LINDA K SCHOBER